**Order entered May 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01594-CV

**JAMIE (JAMES) ROA, Appellant**

**V.**

**DENISON CITY COUNCIL, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-13-1732**

## ORDER

We **GRANT** appellant's May 9, 2014 motion for an extension of time to file an amended

brief.  Appellant shall file his amended brief on or before **June 3, 2014**.


/s/     ADA BROWN
        JUSTICE